| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Goldberg,, Mitchell S. | 2. Court or Organization<br><br>U.S. District Court, Eastern District of Pennsylvania | 3. Date of Report<br><br>09/06/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge -[ Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Room 7614, U. S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2/03 | Pennsylvania Employee Retirement System |
| 2. 2010 | Drexel Law School (Teaching appointment to start September, 2011) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg,, Mitchell S. | 09/06/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Drexel law School - Payment for teaching | $2,500.00 |
| 2. 2010 | Trust Distribution | $3,583.33 |
| 3. 2010 | Pennsylvania Employee Retirement System | $13,818.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Herstine Technology - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 4/29/2010 - 5/3/2010 | Half Moon Bay, CA | Tort Trial & Insurance Practice Section - Speaker | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg,, Mitchell S. | 09/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg,, Mitchell S. | 09/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Trust - 1/3 Interest - property located in Stewart, FL | B | Rent | M | W | | | | | |
| 2. American Fund #1 - 529 - age or risk based - no control | | None | K | T | | | | | |
| 3. American Fund #2 - 529 - age or risk based - no control | | None | K | T | | | | | |
| 4. American Fund #3 - 529 - age or risk based - no control | | None | | | Redeemed | 09/21/10 | K | | |
| 5. American Fund #4 - 529 - age or risk based - no control | | None | K | T | Redeemed (part) | 09/21/10 | K | | |
| 6. Morgan Stanley Smith Barney #1 - Common stocks & options: | | | | | | | | | |
| 7. Bank Deposit Program #BDP | A | Interest | K | T | | | | | |
| 8. Baxter Intl. Inc. - | | None | K | T | Buy | 05/10/10 | J | | |
| 9. Bristol Myers Squibb Co. | | None | K | T | Buy | 02/03/10 | J | | |
| 10. HCP Inc. | | None | K | T | | | | | |
| 11. Kimberly Clark Corp. | | None | J | T | | | | | |
| 12. Metlife Inc. | A | Dividend | K | T | Buy | 02/18/10 | K | | |
| 13. Microsoft Corp. | A | Dividend | K | T | Buy | 02/03/10 | K | | |
| 14. Pepsico Inc. | | None | J | T | | | | | |
| 15. Sysco Inc. | | None | J | T | | | | | |
| 16. Wal-Mart Stores Inc. | | None | K | T | | | | | |
| 17. CVS Caremark Corp. Stock | | None | | | Sold | 04/22/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg., Mitchell S. | 09/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Smith Barney Corporate Bonds: | | | | | | | | | |
| 19. General Electric Cap Corp. | A | Interest | K | T | Buy | 02/03/10 | K | | |
| 20. Berkshire Hathaway Fin. Corp. | B | Interest | K | T | | | | | |
| 21. Pepsico Inc. | B | Interest | K | T | Buy (add'l) | 02/18/10 | K | | |
| 22. Morgan Stanley Smith Barney GSE Bonds: | | | | | | | | | |
| 23. Federal Home Loan Mortgage Corp. | A | Interest | K | T | Buy | 04/07/10 | K | | |
| 24. Morgan Stanley Smith Barney Certificates of Deposit: | | | | | | | | | |
| 25. Ally Bank-UT (Formerly GMAC Bank) #1 | A | Interest | K | T | Open | 04/13/10 | K | | |
| 26. Ally Bank-UT (Formerly GMAC Bank) #2 | A | Interest | K | T | Open | 04/19/10 | K | | |
| 27. Ally Bank-UT Formerly GMAC Bank) #3 | A | Interest | K | T | Open | 06/29/10 | K | | |
| 28. Morgan Stanley Smith Barney #2 - Financial: Management Acct. | | | | | | | | | |
| 29. IShares TR S&P 500 Index Fd | | None | | | Sold | 02/25/10 | J | | |
| 30. Powershares QQQ TR Ser 1 | | None | J | T | | | | | |
| 31. Capital Income Builder Fund | | None | | | Sold | 02/25/10 | J | | |
| 32. Growth Fund of America Class A | | None | | | Sold | 02/25/10 | J | | |
| 33. Exxon Mobil Corp | | None | J | T | Buy | 02/25/10 | J | | |
| 34. LMP Shot-Term bond Fund Class C | | None | J | T | Buy | 01/05/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg,, Mitchell S. | 09/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Wells Fargo #1 - Harford Annuity: | | | | | | | | | |
| 36.  AMR Blue Chip Income and Growth | | None | J | T | | | | | |
| 37.  AMR Global Growth | | None | J | T | | | | | |
| 38.  AIM Mid Cap Core Equity Fund | | None | J | T | | | | | |
| 39.  F-T Small-Mid Cap Growth | | None | J | T | | | | | |
| 40.  AMR Growth-Income | | None | J | T | | | | | |
| 41.  Newell Rubbermaid Inc. NWL | | None | | | Sold | 08/02/10 | J | A | |
| 42.  Oppenheimer Fund - Retirement IRA | | None | J | T | | | | | |
| 43.  Sirius XM Radio, Inc. - Stock | | None | J | T | | | | | |
| 44.  Wells Fargo #2 - Hartford Annuity: | | | | | | | | | |
| 45.  AMR Growth-Income | | None | | | Sold | 03/11/10 | J | A | |
| 46.  AMR Blue Chip Income and Growth | | None | | | Sold | 03/11/10 | J | A | |
| 47.  F-T Small-Mid Cap Growth | | None | | | Sold | 03/11/10 | J | A | |
| 48.  AIM Mid Cap Core Equity Fund | | None | | | Sold | 03/11/10 | J | A | |
| 49.  AMR Global Growth | | None | | | Sold | 03/11/10 | J | A | |
| 50.  Annuities, Savings & Checking Accounts: | | | | | | | | | |
| 51.  ING Annuity & Life Ins. (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ING Direct Savings Account (X) | A | Interest | J | T | | | | | |
| 53. TD Bank Checking Account (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 6, line 51 - inadvertently omitted from my 2009 report.

Part VII, page 7, lines 52 and 53, the value of these assets were below the reportable value in 2009.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mitchell S. Goldberg,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Goldberg,, Mitchell S. | 2. Court or Organization<br><br>U.S. District Court, Eastern District of Pennsylvania | 3. Date of Report<br><br>06/09/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge -[ Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Room 7614, U. S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2/03 | Pennsylvania Employee Retirement System |
| 2. | 1/97 | Thrift Savings Plan |
| 3. | 2010 | Drexel Law School (Teaching appointment to start September, 2011) |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg,, Mitchell S. | 06/09/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Drexel law School - Payment for teaching | $2,500.00 |
| 2. 2010 | Trust Distribution | $3,583.33 |
| 3. 2010 | Pennsylvania Employee Retirement System | $13,818.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Herstine Technology - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 4/29/2010 - 5/3/2010 | Half Moon Bay, CA | Tort Trial & Insurance Practice Section - Speaker | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg,, Mitchell S. | 06/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Trust - 1/3 Interest - property located in Stewart, FL | B | Rent | M | W | | | | | |
| 2. | American Fund #1 - 529 - age or risk based - no control | | None | K | T | | | | | |
| 3. | American Fund #2 - 529 - age or risk based - no control | | None | K | T | | | | | |
| 4. | American Fund #3 - 529 - age or risk based - no control | | None | | | Redeemed | 09/21/10 | K | | |
| 5. | American Fund #4 - 529 - age or risk based - no control | | None | K | T | Redeemed (part) | 09/21/10 | K | | |
| 6. | Morgan Stanley Smith Barney #1 - Common stocks & options: | | | | | | | | | |
| 7. | Bank Deposit Program #BDP | A | Interest | K | T | | | | | |
| 8. | Baxter Intl. Inc. - | | None | K | T | Buy | 05/10/10 | J | | |
| 9. | Bristol Myers Squibb Co. | | None | K | T | Buy | 02/03/10 | J | | |
| 10. | HCP Inc. | | None | K | T | | | | | |
| 11. | Kimberly Clark Corp. | | None | J | T | | | | | |
| 12. | Metlife Inc. | A | Dividend | K | T | Buy | 02/18/10 | K | | |
| 13. | Microsoft Corp. | A | Dividend | K | T | Buy | 02/03/10 | K | | |
| 14. | Pepsico Inc. | | None | J | T | | | | | |
| 15. | Sysco Inc. | | None | J | T | | | | | |
| 16. | Wal-Mart Stores Inc. | | None | K | T | | | | | |
| 17. | CVS Caremark Corp. Stock | | None | | | Sold | 04/22/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg,, Mitchell S. | 06/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Morgan Stanley Smith Barney Corporate Bonds: | | | | | | | | | |
| 19. | General Electric Cap Corp. | A | Interest | K | T | Buy | 02/03/10 | K | | |
| 20. | Berkshire Hathaway Fin. Corp. | B | Interest | K | T | | | | | |
| 21. | Pepsico Inc. | B | Interest | K | T | Buy (add'l) | 02/18/10 | K | | |
| 22. | Morgan Stanley Smith Barney GSE Bonds: | | | | | | | | | |
| 23. | Federal Home Loan Mortgage Corp. | A | Interest | K | T | Buy | 04/07/10 | K | | |
| 24. | Morgan Stanley Smith Barney Certificates of Deposit: | | | | | | | | | |
| 25. | Ally Bank-UT (Formerly GMAC Bank) #1 | A | Interest | K | T | Open | 04/13/10 | K | | |
| 26. | Ally Bank-UT (Formerly GMAC Bank) #2 | A | Interest | K | T | Open | 04/19/10 | K | | |
| 27. | Ally Bank-UT Formerly GMAC Bank) #3 | A | Interest | K | T | Open | 06/29/10 | K | | |
| 28. | Morgan Stanley Smith Barney #2 - Financial: Management Acct. | | | | | | | | | |
| 29. | IShares TR S&P 500 Index Fd | | None | | | Sold | 02/25/10 | J | | |
| 30. | Powershares QQQ TR Ser I | | None | J | T | | | | | |
| 31. | Capital Income Builder Fund | | None | | | Sold | 02/25/10 | J | | |
| 32. | Growth Fund of America Class A | | None | | | Sold | 02/25/10 | J | | |
| 33. | Exxon Mobil Corp | | None | J | T | Buy | 02/25/10 | J | | |
| 34. | LMP Shot-Term bond Fund Class C | | None | J | T | Buy | 01/05/10 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Goldberg,, Mitchell S. | 06/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo #1 - Harford Annuity: | | | | | | | | | |
| 36. AMR Blue Chip Income and Growth | | None | J | T | | | | | |
| 37. AMR Global Growth | | None | J | T | | | | | |
| 38. AIM Mid Cap Core Equity Fund | | None | J | T | | | | | |
| 39. F-T Small-Mid Cap Growth | | None | J | T | | | | | |
| 40. AMR Growth-Income | | None | J | T | | | | | |
| 41. Newell Rubbermaid Inc. NWL | | None | | | Sold | 08/02/10 | J | A | |
| 42. Oppenheimer Fund - Retirement IRA | | None | J | T | | | | | |
| 43. Sirius XM Radio, Inc. - Stock | | None | J | T | | | | | |
| 44. Wells Fargo #2 - Hartford Annuity: | | | | | | | | | |
| 45. AMR Growth-Income | | None | | | Sold | 03/11/10 | J | A | |
| 46. AMR Blue Chip Income and Growth | | None | | | Sold | 03/11/10 | J | A | |
| 47. F-T Small-Mid Cap Growth | | None | | | Sold | 03/11/10 | J | A | |
| 48. AIM Mid Cap Core Equity Fund | | None | | | Sold | 03/11/10 | J | A | |
| 49. AMR Global Growth | | None | | | Sold | 03/11/10 | J | A | |
| 50. Annuities, Savings & Checking Accounts: | | | | | | | | | |
| 51. ING Annuity & Life Ins. (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ING Direct Savings Account | A | Interest | J | T | | | | | |
| 53. TD Bank Checking Account | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mitchell S. Goldberg,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544